UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

D-4 MICHAEL MOLLOY,

      Defendant.

Case No. 23-CR-20063

Hon. Jonathan J.C. Grey

---

**GOVERNMENT'S MOTION AND ORDER TO UNSEAL SEARCH WARRANT**

---

THE UNITED STATES OF AMERICA respectfully requests that this Court unseal the search warrant titled "Information associated with MJMOLLOY01@GMAIL.COM and MJMOLLOY@INTEGRALAB SOLUTIONS.COM that are stored at premises controlled by Google.com." (ECF. No. 21-mc-50836). Consistent with its discovery obligations, the Government would like to produce the search warrant, and ancillary documents, that relate to the evidence obtained against the Defendant to the Defendant and his co-defendants.

WHEREFORE, the Government respectfully requests that the specified search warrant be unsealed.

Respectfully submitted,

DAWN N. ISON
United States Attorney

GLENN S. LEON
Chief
U.S. Department of Justice
Criminal Division, Fraud Section


*s/Shankar Ramamurthy*
Shankar Ramamurthy
U.S. Department of Justice
Criminal Division, Fraud Section
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3211
Phone: (202) 924-5368
Email: Shankar.Ramamurthy@usdoj.gov

Date:  November 27, 2023