UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

D-4 MICHAEL MOLLOY,

      Defendant.

Case No. 23-CR-20063

Hon. Jonathan J.C. Grey

## ORDER

Upon the United States' motion and the Court being fully advised of the circumstances,

**IT IS HEREBY ORDERED** that the search warrant titled "Information associated with MJMOLLOY01@GMAIL.COM and MJMOLLOY@INTEGRALABSOLUTIONS.COM that are stored at premises controlled by Google.com" (ECF. No. 21-mc-50836) shall be unsealed.

**SO ORDERED**.

Dated: November 28, 2023

s/Jonathan J.C. Grey
HON. JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 28, 2023.

s/ <b>S. Osorio</b><br>
Sandra Osorio<br>
Case Manager